

**FILED & ENTERED**

JUN 16 2016

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Debra Ann Marsh<br><br><br><br>                              Debtor(s). | Case No.: 2:16-bk-12504-BR<br><br>CHAPTER 7<br><br>**ORDER VACATING DISCHARGE ORDER**<br><br>Date:         NO HEARING SET<br>Time:<br>Courtroom: |

   This matter is before the Court on the "Ex Parte Motion to Enlarge the Time to File a Reaffirmation Agreement per Section 4008(a)" filed on June 13, 2016.

   After reviewing the Ex Parte Motion, the Court shall vacate the discharge entered on June 13, 2016 to allow the reaffirmation to be filed.  Debtor's attorney has until July

-1-

-2-

5, 2016 to file the reaffirmation agreement.

        IT IS SO ORDERED.

Date: June 16, 2016

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge